IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Cataldo, Michael C

Printed: 03/10/09

Case Number: 06 B 14400
Judge: Goldgar, A. Benjamin
Filed: 11/3/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 23, 2008
Confirmed: January 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,957.00 |  |
| Secured: |  | 11,551.31 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,574.00 |
| Trustee Fee: |  | 831.68 |
| Other Funds: |  | 0.01 |
| Totals: | 14,957.00 | 14,957.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,574.00 | 2,574.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 43,099.82 | 11,551.31 |
| 4. | Internal Revenue Service | Priority | 12,289.57 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 402.17 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 3,445.58 | 0.00 |
| 7. | RJM Acquisitions LLC | Unsecured | 61.43 | 0.00 |
| 8. | Nicor Gas | Unsecured | 1,291.84 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 164.54 | 0.00 |
| 10. | Columbia House | Unsecured |  | No Claim Filed |
| 11. | Kmart Corp | Unsecured |  | No Claim Filed |
| 12. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 13. | First Premier | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | Christ Hospital | Unsecured |  | No Claim Filed |
| 16. | State Farm Insurance Co | Unsecured |  | No Claim Filed |
| 17. | Comcast | Unsecured |  | No Claim Filed |
|  |  |  | $ 63,328.95 | $ 14,125.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 284.54 |
| 5.4% | 198.83 |
| 6.5% | 298.35 |
| 6.6% | 49.96 |
|  | $ 831.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cataldo, Michael C

Printed: 03/10/09

Case Number: 06 B 14400
Judge: Goldgar, A. Benjamin
Filed: 11/3/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*